# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01004-EWN-CBS

HIGHLANDS PREMIER ACCEPTANCE CORP., a Colorado corporation,

Plaintiff,

v.

MONTEREY FINANCIAL SERVICES, INC., a California corporation,
MFS PRIME FOODS, LLC, a California limited liability company,
QUALITY HOME FOODS, INC., a Nevada corporation and
SOUTHWEST FINANCIAL SERVICES, LTD., a Nevada corporation,

Defendant(s).

_____

### ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANTS QUALITY HOME FOODS, INC. AND SOUTHWEST FINANCIAL SERVICES, LTD.
_____

THIS MATTER having come before the Court on Plaintiff's Motion for Default Judgment, and this Court being duly advised in the premises therein, the Court hereby FINDS and ORDERS as follows:

1. The Court FINDS that Plaintiff served Summonses and Complaints in this action on Defendants Quality Home Foods, Inc. ("QHF") and Southwest Financial Services, Ltd. ("Southwest") on May 11, 2006. To date, Defendants QHF and Southwest have failed to file an Answer or otherwise respond to the Complaint.

2. The Court FINDS that Defendants QHF and Southwest are subject to personal jurisdiction in Colorado because they have transacted business in Colorado.

3. The Court FINDS that pursuant to the terms of a Contract Purchase Agreement entered into between Plaintiff and Defendant QHF, the prevailing party in any litigation is entitled to recover its attorneys' fees and costs.

4. Pursuant to Fed. R. Civ. P. 55(b), the Court enters default judgment in favor of Plaintiff Highlands Premier Acceptance Corp. and against Defendants Quality Home Foods, Inc. and Southwest Financial Services, Ltd., jointly and severally, in the principal amount of $63,171.47, plus $5964.42 in attorneys' fees and costs incurred by Plaintiff in this matter, together with post judgment interest accruing at 5.27 %, compounding annually.

SO ORDERED this 28th day of July, 2006

BY THE COURT:

s/ Edward W. Nottingham
United States District Court Judge