IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01004–EWN–CBS

HIGHLANDS PREMIER ACCEPTANCE CORP., a Colorado corporation,

    Plaintiff,

v.

MONTEREY FINANCIAL SERVICES, INC., a California corporation,
MFS PRIME FOODS, LLC, a California limited liability company,
QUALITY HOME FOODS, INC., a Nevada corporation, and
SOUTHWEST FINANCIAL SERVICES, LTD., a Nevada corporation,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the court on the Plaintiff's and Defendants Monterey Financial Services, Inc.'s and MFS Prime Foods, LLC's Stipulated Motion for Dismissal of Plaintiff's Complaint and Claims against Monterey Financial Services, Inc. and MFS Prime Foods, LLC with Prejudice (the "Stipulated Motion").

The court, having reviewed the Stipulated Motion and being otherwise familiar with the matter, hereby ORDERS that Plaintiff's complaint, and the claims asserted therein against Monterey Financial Services, Inc. and MFS Prime Foods, LLC are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to pay its own respective costs, expenses and attorneys' fees.

Dated this 13th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
United States District Judge